UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.  2:23-cv-00864 CKD (SS)<br><br><br>ORDER |

      Plaintiff Stephanie Spivey, proceeding through counsel and on behalf of a minor, K.T., has filed an appeal of a Social Security benefits decision along with an application to proceed in forma pauperis.  (ECF Nos. 1 & 2.)  Plaintiff has filed an in forma pauperis affidavit stating that her gross monthly wages are $9,239.60 and that she receives an additional $1,700.00 in disability benefits for family members.

      Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court.  28 U.S.C. § 1914(a).  In addition, a $52.00 general administrative fee for civil cases must be paid.  28 U.S.C. § 1914(b).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor."  28 U.S.C. § 1915(a).

      Here, plaintiff's household income shows that plaintiff is able to pay the filing fee and

costs. Thus, plaintiff has made an inadequate showing of indigence. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied. Plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court. Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $402 will result in a recommendation that the instant action be dismissed without prejudice.

Dated: May 16, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / kt0864..ifp.den