UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No:  2:23-cv-00864-CKD (SS)<br><br>ORDER |

Pursuant to the parties' joint stipulation, and for cause shown, the Court orders and decrees that plaintiff's motion to extend time (ECF No. 9) is GRANTED.  The parties shall have an extension of time in which to submit Plaintiff's Memorandum until October 5, 2023, with all subsequent deadlines per the Court's procedural orders extended accordingly.

Dated:  August 7, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE