UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T.,<br><br>      Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | No:   2:23-cv-00864-CKD (SS)<br><br>ORDER EXTENDING TIME |

Pursuant to the parties' joint stipulation, and for cause shown, the Court orders that the parties shall have an extension of time in which to submit Plaintiff's Memorandum until November 6, 2023, with all subsequent deadlines per the Court's procedural orders extended accordingly.

Dated:  October 12, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE