PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.T., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI,<br>  Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:23-cv-00864-CKD <br><br> STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF; ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from December 6, 2023 to January 5, 2024.  Defendant respectfully requests this additional time due to undersigned counsel's workload, which includes five district court briefs due between December 4 to December 8.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's motion for summary judgment on or before January 5, 2024;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before January 19, 2024).

Respectfully submitted,

DATE: November 29, 2023

*/s/ Jacqueline G Barsamian* *
JACQUELINE G BARSAMIAN
Attorney for Plaintiff
(* approved via email on 11/28/23)

PHILLIP A. TALBERT
United States Attorney

DATE: November 29, 2023    By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated:  December 1, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE